☒ FILED ☐ LODGED

**Mar 03 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>  26.1087MB | Date and time warrant executed:<br>  02/03/2026 10:00 am | Copy of warrant and inventory left with:<br>  Mailed to Alejandro Felix-Ojeda's address |

Inventory made in the presence of :
  DEA Task Force Officer Richard Keeling

Inventory of the property taken and name of any person(s) seized:

  One (1) Thumb drive containing the extraction of Felix-Ojeda's Apple iPhone.

  One (1) compact disc (CD) containing the extraction of the black vehicle tracking device.

**Certification**

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:   _____03/03/2026_____

RICHARD KEELING (Affiliate)   Digitally signed by RICHARD KEELING (Affiliate)
                             Date: 2026.03.03 10:48:57 -07'00'

*Executing officer's signature*

Richard Keeling, DEA Task Force Officer

*Printed name and title*